UNITED STATES of America,
Plaintiff–Appellee,

v.

Juan Antonio PENA–TORRES, a/k/a
C–Money, a/k/a Anthony,
Defendant–Appellant.

No. 15–4071.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 24, 2015.

Decided: Oct. 22, 2015.

Geremy C. Kamens, Acting Federal Public Defender, Patrick L. Bryant, Appellate Attorney, Alexandria, Virginia, for Appellant. Dana J. Boente, United States Attorney, Richard D. Cooke, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before DUNCAN, WYNN, and HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM.

Juan Antonio Pena–Torres appeals his conviction for distribution of cocaine. He moved for a new trial, alleging that the Government engaged in prosecutorial misconduct and that evidence relating to counts dismissed mid-trial prejudiced his right to a fair trial on the remaining count. We have reviewed the parties' briefs and the record on appeal and find no reversible error in the denial of Pena–Torres' motion for a new trial. Accordingly, we affirm the denial of relief for the reasons stated by the district court, *see United States v. Pena–Torres*, No. 1:14–cr–00310–JCC, 2014 WL 7272876 (E.D.Va. Dec. 18, 2014), and affirm the conviction.*

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*

* Pena–Torres does not challenge the sentence imposed by the district court